147 A.3d 402

**LOFTIN, Kamisha J.**

v.

**STATE of Maryland**

**Pet. Docket No. 296, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 954, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

147 A.3d 402

**MARSEY, Kevin**

v.

**STATE of Maryland**

**Pet. Docket No. 311, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 2482, Sept. Term, 2014).

Petition for writ of certiorari denied.